FILED
2017 May-16 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
4/7/2017 5:07 PM
63-CV-2017-900442.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>63-<br>Date of Filing: 04/07/2017   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**MOLLIE K. BASS ET AL v. SPEEDCO, INC.**

| First Plaintiff: | ☐ Business  ☑ Individual  ☐ Government  ☐ Other | First Defendant: | ☑ Business  ☐ Individual  ☐ Government  ☐ Other |
|---|---|---|---|

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** STR017    4/7/2017 5:07:14 PM    /s/ BERNEY LEOPOLD STRAUSS M
                                Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

ELECTRONICALLY FILED
4/7/2017 5:07 PM
63-CV-2017-900442.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

IN THE CIRCUIT COURT OF TUSCALOOSA, ALABAMA

| | |
|---|---|
| MOLLIE K. BASS AND<br>MANUEL A. RODRIGUEZ | )<br>)<br>) |
| VERSUS | ) CIVIL ACTION NO._____ |
| SPEEDCO, INC. | )<br>) |

# COMPLAINT
# JURISDICTIONAL PREAMBLE

COME NOW the Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, and in accordance with the *Rules of Civil Procedure,* files the following claim for relief and the Defendant, Speedco, Inc., as follows:

1.

Plaintiffs are citizens and residents of the County of Clay, City of Jacksonville, Florida.

2.

Made Defendant herein is Speedco, Inc., a Tennessee corporation, having its principal place of business in the City of Nashville, Tennessee. The agent for service of process is National Registered Agents, Inc. whose address is listed with the Alabama Secretary of State as 2 N. Jackson Street, Suite 605, Montgomery, Alabama. 36104.

3.

Plaintiffs' claims are brought pursuant to the laws of the State of Alabama.

4.

Jurisdiction and venue of this action are proper in Tuscaloosa County, Alabama.

5.

The amount in controversy is within the jurisdictional limits of this Honorable Court..

**FIRST CAUSE OF ACTION**
**NEGLIGENCE**

Plainttiffs, Mollie K. Bass and Manuel A. Rodriguez, allege against the Defendant, Speedco, Inc., as follows:

6.

Plaintiffs adopt and reallege all prior paragraphs as if fully set out herein.  On or about April 12, 2015, Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, suffered damages when the engine of Plaintiff Manuel Rodriguez' 1998 Classic Freightliner collapsed on itself resulting in destruction of the left frontend suspension and tire assembly of the tractor-trailer and causing the Plaintiffs to sustain damages and severe and disabling bodily injuries near Vidor, Texas. The proximate cause of Plaintiffs' damages was the negligent work that Speedco, Inc. and its employees who were in the scope of their employment at the time the work was supposed to have been performed, did or failed to do on or about April 11, 2015 in Cottondale, Alabama.

7.

As a proximate result of the negligence of the Defendant, Speedco, Inc., the Plaintiffs were caused to suffer the following injuries and damages:  Plaintiff, Manuel A. Rodriguez, suffered damages to his property;  in addition to this loss, Plaintiffs were injured; the Plaintiffs were permanently injured; the Plaintiffs were caused to suffer pain; the Plaintiffs were caused to suffer mental anguish and will suffer mental anguish in the future; the Plaintiffs were caused to incur and will incur in the future medical bills, hospital bills, and other medical expenses;  the Plaintiff was caused to incur lost wages and will incur lost wages in the future.

WHEREFORE, the Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, demand Judgment against the Defendant, Speedco, Inc., for compensatory damages, general damages, property damages, and such other damages as allowed by law and the State of Alabama in an amount that is within the jurisdictional limits of the Honorable Court, plus interests and costs.

## SECOND CAUSE OF ACTION
## WANTONNESS

Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, allege against the Defendant, Speedco, Inc., as follows:

8.

On or about April 12, 2015, Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, suffered damages when the engine of Plaintiff Manuel Rodriguez' 1998 Classic Freightliner collapsed on itself resulting in destruction of the left frontend suspension and tire assembly of the tractor-trailer and causing the Plaintiffs to sustain damages and severe and disabling bodily injuries near Vidor, Texas. The proximate cause of Plaintiffs' damages was the wanton failure of Speedco, Inc. and its employees who were in the scope of their employment at the time the work was supposed to have been performed, on or about April 11, 2015 in Cottondale, Alabama

9.

As a proximate result of the wantonness of the Defendant, Speedco, Inc., the Plaintiffs were caused to suffer the following injuries and damages:  Plaintiff, Manuel A. Rodriguez, suffered damages to his property;  in addition to this loss, Plaintiffs were injured; the Plaintiffs were permanently injured; the Plaintiffs were caused to suffer pain; the Plaintiffs were caused to suffer mental anguish and will suffer mental anguish in the future; the Plaintiffs were caused to incur and will incur in the future medical bills, hospital bills, and other medical expenses;  the Plaintiff was caused to incur lost wages and will incur lost wages in the future.

WHEREFORE, the Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, demand Judgment against the Defendant, Speedco, Inc., for compensatory damages, general damages, property damages, and such other damages as allowed by law and the State of Alabama in an amount that is within the jurisdictional limits of the Honorable Court, plus interests and costs.

### THIRD CAUSE OF ACTION
### NEGLIGENT TRAINING

Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, allege against the Defendant, Speedco, Inc., as follows:

10.

Plaintiffs adopts and incorporates by reference the relevance portions of all prior paragraphs:

11.

Defendant, Servico, Inc., had a duty as an employer and supervisor to give, supervise and control the necessary and proper training of its employees so that they could carry out their job duties in a reasonable and safe manner.

12.

Defendant, Servico, Inc., failed to give, supervise and control the necessary and proper training of its employees.

13.

As a proximate result of the negligence of the Defendant, Servico, Inc., the Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, were caused to suffer the following injuries and damages: Plaintiff, Manuel A. Rodriguez, suffered damages to his property; in addition to this loss, Plaintiffs were caused to suffer physical pain and mental anguish, which they still suffer and will suffer in the future; they were and are caused to undergo medical treatment and care for their

injuries and will be caused to undergo further such treatment in the future; they were caused to incur medical bills, hospital bills and other medical expenses in and about the care and treatment of their injuries, and they will incur such medical expenses in the future; they were permanently injured as well.

WHEREFORE, Plaintiffs. MOLLIE K. BASS and MANUEL A. RODRIGUEZ, demand Judgment against the Defendant, Servico, Inc., for compensatory damages, general damages, property damages, and such other damages as allowed by law and the State of Alabama in an amount that is within the jurisdictional limits of the Honorable Court, plus interests and costs.

## **FIFTH CAUSE OF ACTION**
## **WANTON TRAINING**

14.

Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, allege against the Defendant, Speedco, Inc., as follows:

15.

Plaintiffs adopts and incorporates by reference the relevance portions of all prior paragraphs:

16.

Defendant, Servico, Inc., had a duty as an employer and supervisor to give, supervise and control the necessary and proper training of its employees so that they could carry out their job duties in a reasonable and safe manner.

17.

By failing to give the proper training, Defendant, Servico, Inc., knew or should have known that its actions would likely cause injury to another person or damage to property.

18.

As a proximate result of the wantonness of the Defendant, the Plaintiffs, Mollie K. Bass and Manuel A. Rodriguez, were caused to suffer the following injuries and damages: Plaintiff, Manuel A. Rodriguez, suffered damages to his property; in addition to this loss, Plaintiffs were caused to suffer physical pain and mental anguish, which they still suffer and will suffer in the future; they were and are caused to undergo medical treatment and care for their injuries and will be caused to undergo further such treatment in the future; they were caused to incur medical bills, hospital bills and other medical expenses in and about the care and treatment of their injuries, and they will incur such medical expenses in the future; they were permanently injured as well.

WHEREFORE, Plaintiffs. MOLLIE K. BASS and MANUEL A. RODRIGUEZ, demand Judgment against the Defendant, Servico, Inc., for compensatory damages, general damages, property damages, and such other damages as allowed by law and the State of Alabama in an amount that is within the jurisdictional limits of the Honorable Court, plus interests and costs.

Respectfully submitted,

By: /s/ Berney L. Strauss
Berney L. Strauss (5646-S67B)
Counsel of Record for Plaintiffs,
**MOLLIE K. BASS and
MANUEL A. RODRIGUEZ**

OF COUNSEL:

STRAUSS & KING, APLC
406 Magazine Street, Suite 300
New Orleans, Louisiana  70130
Telephone: (504) 523-0033
FAX: (504) 523-0109

6

**CERTIFICATE OF SERVICE**

This is to certify that I have on April 7, 2017, electronically filed the foregoing Complaint with the Clerk of Court using the Alafile system.


_____/s/Berney L. Strauss_____
Berney L. Strauss



AlaFile E-Notice

63-CV-2017-900442.00

To: BERNEY LEOPOLD STRAUSS MR
berneylstrauss@yahoo.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

MOLLIE K. BASS ET AL V. SPEEDCO, INC.
63-CV-2017-900442.00

The following complaint was FILED on 4/7/2017 5:08:10 PM

Notice Date:    4/7/2017 5:08:10 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-900442.00

To: SPEEDCO, INC.
NATIONAL REGISTERRED AGEN
2 N. JACKSON ST, STE. 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

MOLLIE K. BASS ET AL V. SPEEDCO, INC.
63-CV-2017-900442.00

The following complaint was FILED on 4/7/2017 5:08:10 PM

Notice Date:     4/7/2017 5:08:10 PM

Service by sheriff in 03 - MONTGOMERY County

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-900442.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**MOLLIE K. BASS ET AL V. SPEEDCO, INC.**

**NOTICE TO:** SPEEDCO, INC., NATIONAL REGISTERRED AGEN 2 N. JACKSON ST, STE. 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BERNEY LEOPOLD STRAUSS MR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 406 MAGAZINE STREET, SUITE 300, NEWORLEANS, LA 70130

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

4/7/2017 5:08:10 PM           /s/ MAGARIA HAMNER BOBO         By: _____
*(Date)*                     *(Signature of Clerk)*                *(Name)*

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____ .
*(Name of Person Served)*   *(Name of County)*   *(Date)*

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

*(Server's Printed Name)*   *(Phone Number of Server)*

original

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>63-CV-2017-900442.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### MOLLIE K. BASS ET AL V. SPEEDCO, INC.

**NOTICE TO:** SPEEDCO, INC., NATIONAL REGISTERRED AGEN 2 N. JACKSON ST, STE. 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BERNEY LEOPOLD STRAUSS MR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 406 MAGAZINE STREET, SUITE 300, NEWORLEANS, LA 70130

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure. *(Name(s))*

| 4/7/2017 5:08:10 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to c/o Mary Ann Nichols acct asst in Montgomery County, Alabama on 4/18/17

*(Name of Person Served)* ... *(Name of County)*

*(Date)*

*(Address of Server)*

B. Lewis
*(Server's Signature)*

B. Lewis
*(Server's Printed Name)*

*(Phone Number of Server)*

*(Type of Process Server)*

### 63-CV-2017-900442.00
MOLLIE K. BASS ET AL V. SPEEDCO, INC.

| C001 - MOLLIE K. BASS | v. | D001 - SPEEDCO, INC. |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

63CV201790044200

SPEEDCO INC

Def



AlaFile E-Notice

63-CV-2017-900442.00

Judge: JOHN HENRY ENGLAND JR

To: STRAUSS BERNEY LEOPOLD
berneylstrauss@yahoo.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

MOLLIE K. BASS ET AL V. SPEEDCO, INC.
63-CV-2017-900442.00

The following matter was served on 4/18/2017

**D001 SPEEDCO, INC.**
**Corresponding To**
SERVED PERSONALLY

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov